**Andrew R. COGGAN, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

**No. 02–3157.**

United States Court of Appeals, Federal Circuit.

DECIDED: June 26, 2002.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule

31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.